Case 3:21-cr-05176-CVB   Document 10   Filed 07/19/21   Page 1 of 1

AO 245H (Rev 9/00) Judgment in a Misdemeanor/Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 07/28/2002; BJS 6/2013)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

```
                                            FILED _____ LODGED
                                            _____ RECEIVED
                                            07/19/2021
                                            CLERK U.S. DISTRICT COURT
                                            WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                            BY_____ DEPUTY
```

UNITED STATES OF AMERICA  
V.  

RORY D. TINLEY

JUDGMENT IN A CRIMINAL CASE  
(Short Form)

CASE NUMBER: CR21-5176

Jerome Kuh  
Defendant's Attorney

☒ **THE DEFENDANT** pleaded guilty to  Count II of the misdemeanor Information

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count No.** |
|---|---|---|---|
| 18 U.S.C §§ 7 and 1382 | Trespassing | 1/15/2021 | II |

☐ Count(s) _____I_____ ☒ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.  
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| **Total:** | **Fine** | **Assessment** | **Processing Fee** | **Payable Within/By** |
|---|---|---|---|---|
| $260 | $250 | $10.00 | $ N/A | Within 10 months |

Defendant's SSN: XXX-XX-7852  
Defendant's DOB: XX-XX-1973  
Defendant's USM No: N/A  

*s/ Barbara J. Sievers*  
BARBARA J. SIEVERS, Assistant United States Attorney

July 19, 2021  
Date of Imposition of Judgment

_Via zoom Rory Tinley_  
Defendant's Signature

*Theresa L. Fricke*  
Signature of Magistrate Judge

THE HONORABLE THERESA L. FRICKE  
United States Magistrate Judge

7-19-2021  
Date